# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS JAVIER GONZALEZ,<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM, ET AL.,<br><br>Respondents. | Case No. 5:26-cv-00357-JWH-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  The time for filing objections to the Report and Recommendation has passed and no objections have been received.  Accordingly, the Court hereby **ORDERS** as follows:

1. The findings, conclusions, and recommendations of the Magistrate Judge are **ACCEPTED** and **ADOPTED**.

2. The Petition is **GRANTED** on the grounds that Petitioner Carlos Javier Gonzalez retains his temporary protected status designation and is an alien provided temporary protected status under 8 U.S.C. § 1254a pursuant to the December 10, 2025, final judgment issued in *Nat'l TPS All. v. Noem*, 798 F. Supp. 3d 1108, 1164 (N.D. Cal. 2025).

3. The Clerk is **DIRECTED** to serve copies of this Order and the Judgment herein on Gonzalez at the current address of record, as well as all Respondents who have appeared in the action.

4. Judgment will issue accordingly.

**IT IS SO ORDERED.**

Dated:  April 13, 2026

_____
Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE

2