JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS JAVIER GONZALEZ, | Case No. 5:26-cv-00357-JWH-AJR |
| Petitioner, | |
| v. | **JUDGMENT** |
| KRISTI NOEM, ET AL., | |
| Respondents. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Petition is **GRANTED** on the grounds that Petitioner Carlos Javier Gonzalez retains his temporary protected status designation and is an alien provided temporary protected status under 8 U.S.C. § 1254a pursuant to the December 10, 2025, final judgment issued in *Nat'l TPS All. v. Noem*, 798 F. Supp. 3d 1108, 1164 (N.D. Cal. 2025).

**IT IS SO ORDERED.**

Dated:  April 13, 2026

_____
Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE

2